PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00132-JLT-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL |
| v. | DATE: November 2, 2022 |
| GABINO SOLIS ONTIVEROS, | TIME: 1:00 p.m. |
| Defendants. | COURT: Hon. Sheila K. Oberto |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-cr-00132-JLT-SKO against GABINO SOLIS ONTIVEROS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: October 20, 2022                         PHILLIP A. TALBERT
                                                United States Attorney

                                        By:    /s/ ALEXANDRE DEMPSEY
                                                ALEXANDRE DEMPSEY
                                                Assistant United States Attorney

MOTION TO DISMISS                           1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:20-cr-00132-JLT-SKO against GABINO SOLIS ONTIVEROS be dismissed, without prejudice, in the interest of justice.

DATED: 10/21/2022

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE