HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GABINO SOLIS ONTIVEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-cr-00132-JLT-SKO |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO EXONERATE BOND; AND ORDER** |
| vs. | |
| GABINO SOLIS ONTIVEROS, | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

Defendant Gabino Solis Ontiveros, by undersigned counsel, hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the cash bond and full reconveyance of the $5,000.00 cash posted by Anthony Gonzalez and Rafael Sanchez.  *See* Dkt. # 8 (release order); Dkt. # 14 (appearance and compliance bond); Dkt #s 10-12.  Mr. Solis Ontiveros, by undersigned counsel, also moves the court under Fed. R. Crim. P. 46(g) for the exoneration of the $5,000 bond secured by the Certificate of Title – Pink Slip to the 2006 Ford F-150, VIN #B45137, and for the full reconveyance of the Title document to Antonio Gonzalez.  *See* Dkt. # 8 (release order); Dkt. # 14 (appearance and compliance bond); Dkt # 13.

| 09/11/2020 | 10 | CASH BOND POSTED as to Gabino Solis Ontiveros in amount of $ 3000.00, Receipt # CAE100046544. (Rivera, O) (Entered: 09/11/2020) |
|---|---|---|
| 09/11/2020 | 11 | CASH BOND POSTED as to Gabino Solis Ontiveros in amount of $ 1000.00, Receipt # CAE100046545. (Rivera, O) (Entered: 09/11/2020) |

| 09/11/2020 | 12 | CASH BOND POSTED as to Gabino Solis Ontiveros in amount of $ 1000.00, Receipt # CAE100046546. (Rivera, O) (Entered: 09/11/2020) |
|---|---|---|
| 09/11/2020 | 13 | COLLATERAL RECEIVED as to Gabino Solis Ontiveros: Certificate of Title - Pink Slip (Salvaged Title) 2006 Ford F-150, CA LP#49309V1 from Antonio Gonzalez, VIN# B45137. (Rivera, O) (Entered: 09/11/2020) |
| 09/11/2020 | 14 | APPEARANCE and COMPLIANCE BOND signed by Magistrate Judge Barbara A. McAuliffe on 9/11/2020 as to Gabino Solis Ontiveros. (Sant Agata, S) (Entered: 09/11/2020) |

On September 10, 2020, the Court ordered Mr. Solis Ontiveros released on conditions including a $5,000.00 cash bond, which was posted on September 11, 2020, as well as on $5,000.00 secured by a 2006 Ford F-150, the title to which was posted by Anthony Gonzalez, Sr. *See* Dkts # 8, # 10-13, 14. The case against Mr. Solis Ontiveros was dismissed on October 24, 2022. *See* Dkt. # 47.

Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, since no conditions of the bond remain to be satisfied, Mr. Solis Ontiveros, through undersigned counsel, is now requesting that the $5,000.00 cash bond be exonerated and reconveyed to Anthony Gonzalez and Rafael Sanchez, and that $5,000.00 bond secured by the Ford F-150 be exonerated, and the Certificate of Title – Pink Slip to the 2006 Ford F-150, VIN #B45137, be reconveyed to Antonio Gonzalez.

On November 10, 2022, undersigned counsel confirmed with counsel for the government that this motion is unopposed by the United States Attorney's Office.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 10, 2022

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
GABINO SOLIS ONTIVEROS

**ORDER**

The Court finds that Gabino Solis Ontiveros has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $5,000.00 cash bond in the above-captioned case and reconvey the cash to Anthony Gonzalez and Rafael Sanchez who originally posted the cash bond.  IT IS ALSO HEREBY ORDERED that the Clerk of Court exonerate the $5,000 bond pertaining to the Ford F-150, VIN #B45137, and reconvey the Certificate of Title – Pink Slip to that vehicle to Antonio Gonzalez.

IT IS SO ORDERED.

Dated:   **November 10, 2022**        /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE